**The document below is hereby signed.  Dated: July 15, 2011.**



_____
**S. Martin Teel, Jr.
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                                )
                                     )
LEONARD ALFRED CARPENTER,            )    Case No. 10-00572
                                     )    (Chapter 7)
          Debtor.                    )
_____        )
                                     )
THOMAS COFFIN WILLCOX, *et*          )
*al*.,                               )
                                     )
          Plaintiffs,                )
                                     )    Adversary Proceeding No.
     v.                              )    10-10048
                                     )
LEONARD A. CARPENTER,                )    **Not for Publication in**
                                     )    **West's Bankruptcy Reporter**
          Defendant.                 )

<u>MEMORANDUM DECISION</u>

　　　At the trial of this matter, in response to the court's July 8, 2011, Memorandum Decision and Order Regarding Defendant's Motion to Dismiss Second Amended Complaint, the plaintiff Wyatt argued that a failure to complete a home improvement contract is punishable as a crime, and thus damages arising therefrom could be a basis for suing upon the bond that a licensed home improvement contractor is required to hold.  I need not evaluate

that argument. Wyatt failed to establish that Carpenter misrepresented that he was licensed, and thus it is an academic question whether such a misrepresentation could be a proximate causation of damages arising from failure to complete the home improvement contract and the lack of a bond that a licensed contractor is required to hold. No misrepresentation having been established, Wyatt's claim under 11 U.S.C. § 523(a)(2)(A) must be dismissed.

    The plaintiff Willcox had previously withdrawn his claims. A judgment follows dismissing this adversary proceeding.

                                           [Signed and dated above.]

Copies to:

All counsel of record.